```
                                                    RECEIPT # 57189
                                                    AMOUNT $ 150
              UNITED STATES DISTRICT COURT          SUMMONS ISSUED Y-1
               DISTRICT OF MASSACHUSETTS            LOCAL RULE 4.1
                                                    WAIVER FORM
                                                    MCF ISSUED
                                                    BY DPTY. CLK.
                                                    DATE  7-12-04
```

ELVANO GALLI                            )
            Plaintiff,                  )
                                        )
v.                                      )   C.A. No.
                                        )
F/V BARBARA ANN (O.N. 699442)           )
    her engines, boilers, tackle,       )
    fishing permits and appurtenances,  )
    *in rem*                            )
                                        )   04 cv 11544 JLT
and LOUIS PASQUALE, *in personam*,      )
            Defendant.                  )   MAGISTRATE JUDGE Cohen
                                        )

## VERIFIED COMPLAINT

Plaintiffs, Elavno Galli, by way of Complaint against the Defendants, says:

### Jurisdiction and Venue

1.   Plaintiff brings this suit against the Defendant vessel under the provisions of 28 U.S.C. s.1333, as this is an admiralty claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Supplemental Rule C, Federal Rules of Civil Procedure.

2.   Venue lies within this District under the provisions of 28 U.S.C. s.1391.

### Statement of the Claim

3.   Plaintiff, Elvano Galli, is an individual that resides at 2442 Brigham Street, Brooklyn, New York.

4.   At all times hereinafter noted, the Defendant F/V BARBARA ANN was a commercial fishing vessel U.S. registry, Official Number 699442, which is upon information and belief now fishing within this district.

5.   At all times hereinafter noted, the Defendant Louis Pasquale is an individual that resides in Gloucester, Massachusetts.

6.   In April of 2003, the Plaintiff, relying on security of the vessel and her owners, loaned money to the defendants for necessaries to the F/V BARBARA ANN for which he claims a lien in the amount $85,000.00.

7.   Despite repeated demand, the defendant has failed to pay and further failed to remove the vessel from the Plaintiff's facility.

### Prayers for Relief

WHERFORE, Plaintiffs prays:

1. That process in due form of law, according to the rules and laws of this Court in causes of admiralty and maritime jurisdiction be issued against F/V BARBARA ANN (ON 699442), her engines, boilers, tackle, appurtenances, furniture and gear, etc., including but not limited to federal and state fishing permits and history, and that all persons claiming any right, title, or interest then be cited to appear and answer under oath the all and singular matters aforesaid;

2. That a warrant for the arrest of the vessel F/V BARBARA ANN (ON 699442), and her fishing permits and history including her Northeast Fishery Permit No.: 233341 be issued forthwith pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims;

3. That process in due form of law according to the practice of this Court may issue against the Defendant F/V BARBARA ANN (ON 699442), and her fishing permits and history and that they may be condemned and sold to satisfy the claims of Plaintiff herein; and

4. That a decree may be entered in favor of Plaintiff and against Defendants for the amount of Plaintiff's damages, together with interest, costs and, if allowed, attorneys' fees.

### VERIFICATION

I, Elvano Galli., being duly sworn depose and say:

I have read the foregoing complaint and know the contents of paragraphs 1 through 7 and the same is true of my own knowledge except as the matters stated upon information and belief and as to those matters I believe them to be true.

_____
Elvano Galli

State: N.Y.
County: KINGS

On this 6 7th day of ~~May~~ July, 2004, before me, the undersigned notary public, personally appeared Elvano Galli, proved to me through satisfactory evidence of identification _Customer at Brooklyn Federal Savings Bank_, to be the person whose name is signed on this document and stated that the foregoing instrument to be his true act and deed, before me,

_____
Notary Public
My Commission Expires

MARIE SIANO
Notary Public, State of New York
No. 01SI5077807
Qualified in Kings County
Commission Expires May 12, 2007

Dated: 7/12/04

By his attorney

Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Elvano Galli

## DEFENDANTS
Louis Pasquale

(b) County of Residence of First Listed Plaintiff: **New York**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: **Essex**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Cianciulli & Ouellette 163 Cabot Street
Beverly, MA 01915  (978) 922-9933

Attorneys (If Known)
04  11544  JLT

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **PERSONAL INJURY** | **LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 362 Personal Injury Med. Malpractice | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 195 Contract Product Liability | | ☐ 365 Personal Injury Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **PERSONAL PROPERTY** | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 370 Other Fraud | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 371 Truth in Lending | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 380 Other Personal Property Damage | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 385 Property Damage Product Liability | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 892 Economic Stabilization Act |
| ☐ 290 All Other Real Property | | **PRISONER PETITIONS** | ☐ 871 IRS Third Party 26 USC 7609 | ☐ 893 Environmental Matters |
| | | ☐ 510 Motions to Vacate Sentence | | ☐ 894 Energy Allocation Act |
| | | Habeas Corpus: | | ☐ 895 Freedom of Information Act |
| | | ☐ 530 General | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | ☐ 535 Death Penalty | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 540 Mandamus & Other | | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | | |
| | | ☐ 555 Prison Condition | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. sec. 1333.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 85,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                           DOCKET NUMBER

DATE: July 12, 2004
SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Elvano Galli v. Louis Pasquale, et al._

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [ ] II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [x] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V. 150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _None_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [x]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [x]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _David S. Smith_
ADDRESS _163 Cabot St. Beverly, MA 01915_
TELEPHONE NO. _978-922-9933_

(Coversheetlocal.wpd - 10/17/02)