UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. |
| | ) |
| F/V BARBARA ANN (O.N. 699442) | ) |
| her engines, boilers, tackle, | ) |
| fishing permits and appurtenances, | ) 04-11544 JLT |
| *in rem* | ) |
| | ) |
| and Louis Pasquale, *in personam*, | ) |
| Defendant. | ) |

### MOTION TO ARREST VESSEL

Now comes the Plaintiffs, by their attorneys, and moves for an order allowing it to seize the vessel described in the Verified Complaint in this action forthwith, for the reasons that are stated in the attached Verified Complaint.

Respectfully submitted,

**Elvano Galli**

By his attorney

Dated: 7/7/04

Stephen M. Ouellette, Esquire
BBO No.: 543752
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933
Fax: (978) 922-6142

Allowed
/s/ Tauro J.
7/12/04