UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI<br>        Plaintiff, | )<br>)<br>) |
| v. | ) C.A. No.<br>) |
| F/V BARBARA ANN (O.N. 699442)<br>   her engines, boilers, tackle,<br>   fishing permits and appurtenances,<br>      *in rem* | )<br>)<br>)<br>)<br>) **04 11544 JLT** |
| and Louis Pasquale, *in personam,*<br>        Defendant. | )<br>) |

**MOTION AND ORDER FOR PUBLICATION OF NOTICE OF ARREST**

Plaintiffs move pursuant to Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims for an order that the Marshal be directed to publish notice of this action and of the arrest of the defendant vessel F/V BARABARA ANN (O.N. 699442) and her federal and state fishing permits and history in the local newspaper per the United States Marshal's custom and practice, or such other publications as will provide adequate public notice and that the Court require persons claiming any interest in the defendant vessel or her federal and state fishing permits and history to file their answer to the complaint herein on or before ten (10) days after said date of publication, the reason that the said vessel has not been released within ten (10) days from the date of its arrest, or at all. A copy of the proposed Notice is attached hereto as Exhibit A.

Dated: 7/12/04

Elvano Galli,
By his attorney

_____
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933

IT IS SO ORDERED
Entered: 7/12/2004

_____, USDJ