UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI )  <br>      Plaintiff, )  <br> ) <br> v. ) <br> ) <br> F/V BARBARA ANN (O.N. 699442) ) <br>      her engines, boilers, tackle, ) <br>      fishing permits and appurtenances, ) <br>      *in rem* ) <br> ) <br> and Louis Pasquale, *in personam,* ) <br>      Defendant. ) | C.A. No. |

**PUBLIC NOTICE OF ACTION AND ARREST**

On July *12*, 2004, a Verified Complaint was filed by Elvano Galley in the United States District Court for the District of Massachusetts, Civil Action No. *04 - 11544-JLT* against the vessel F/V BARBARA ANN (O.N. 699442) *in rem*, seeking the condemnation and sale of said vessel for the purpose of applying the proceeds of said sale toward charges to the vessel. In accordance with said Complaint, a warrant of arrest of said vessel was issued, and it was executed on July ___, 2004, when said vessel was seized and attached at Gloucester, Massachusetts, by the United States Marshal. Any person having an interest in said vessel, in order to protect or assert said interest or claim during the preceding, must file a verified claim within ten (10) days after publication of this notice and serve its answer within twenty (20) days after the filing of the claim.

*Exhibit "A"*