# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** ELVANO Galli | **COURT CASE NUMBER** 04-CV-11544JLT |
| **DEFENDANT** F/V BARBARA ANN (O.N: 699442) | **TYPE OF PROCESS** In Rem |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V BARBARA ANN (O.N. 699442)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
Gloucester Harbor

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David S. Smith
Crongnelli & Ouellette
165 Cabot St.
Beverly, MA 01915

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE ARREST THE F/V BARBARA ANN (O.N. 699442) located in Gloucester Harbor. PLEASE COORDINATE WITH substitute custodian Gloucester Marine Railways, and Viking Gustafson, to arrange arrest. vessel is believed at Fisherman's Wharf. 978-815-1634

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 978-922-9933
DATE: 11/10/04

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Delaura
Date: 11/12/04

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):
Fisherman's Wharf
Rogers St (Btn MTs/Glou House)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11/15/04  Time: 12:30 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | |

REMARKS: In Process
POSTED F/V Port/Starboard/Stern/Steering Wheel/Front Window
OWNER REMOVED W/ DOG + PERSONAL PROPERTY (9:30 AM — 11:00 AM)

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

Louis Pasquale    09-01-62

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVANO GALLI            )
         Plaintiff,     )
                        )
v.                      )    C.A. No.
                        )
F/V BARBARA ANN (O.N. 699442)  )
    her engines, boilers, tackle,  )
    fishing permits and appurtenances,  )
    *in rem*            )
                        )
and Louis Pasquale, *in personam*,  )
         Defendant.     )

## WARRANT OF ARREST

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

WHEREAS a complaint has been filed on July ___, 2004 in the United States District Court for the District of Massachusetts by Plaintiffs, Elvano Galli upon an admiralty and maritime claim praying that process issue for the arrest of the vessel or other property that is the subject of this action. You are therefore commanded to attach the said F/V BARBARA ANN (O.N. 699442), her engines, tackle, fishing history and permits, including but not limited to Northeast Fishery Permit No.: 233341, etc., now located in Gloucester, Massachusetts in said District, and to detain the same in your custody until further order of the Court respecting same.

Dated at Boston, Massachusetts, this 13 day of July, 2004

**TONY ANASTAS**
_____, CLERK

By: _____
Deputy Clerk

NOTE: The claimant of property seized hereunder shall file its claim within 10 days after the Warrant has been executed, and shall serve its answer within 20 days after filing of the claim.