U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF  Elvano Galli | COURT CASE NUMBER  04-cv-11544 JLT |
| DEFENDANT  Louis Pasquale | TYPE OF PROCESS  In Personam |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Louis Pasquale

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
F/V Barbara Ann (O.N. 699442)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David S. Smith
Cianciulli & Ouellette
163 Cabot St.
Beverly, MA 01915

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

See Attached letter.

*RECEIVED U.S. MARSHAL SERVICE BOSTON, MA  2004 NOV 12 P 2:57*

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER  978-922-9933 | DATE  11/12/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin  No. 35 | District to Serve  No. 38 | Signature of Authorized USMS Deputy or Clerk | Date  11/12/04 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Fisherman's Wharf
37 Rogers St., Glou. MA
(McT's / Glou House
7 Seas Wharf)

| Date of Service | Time | |
|---|---|---|
| 11/15/04 | 9:30 | am |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 270.00 | 25.55 | -0- | 295.55 | | | |

REMARKS:
2 Duanes — 3 hrs
70 mi RT

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ___Massachusetts___

Elvano Galli

v.

Louis Pasquale, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 11544 JLT**

TO: (Name and address of defendant)

Louis Pasquale

Gloucester, Massachusetts 01930

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David S. Smith, Esq.
Cianciulli & Ouellette
163 Cabot Street
Beverly, MA 01915

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  7-12-04

(BY) DEPUTY CLERK