**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elvario Galli | 04 CV 11544 JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V BARBARA ANN (O.N. 699442) | IN REM |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David S. Smith
Cianciulli & Ouellette
163 Cabot St.
Beverly, MA 01915

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 DEC -7 P 2:58]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE PUBLISH PUBLIC NOTICE OF ACTION AND ARREST PURSUANT TO COURT ORDER. CONTENTS OF NOTICE ARE ON ATTACHED SHEET. I HAVE ATTACHED THE ORDER AS WELL. ONLY NEEDS TO BE PUBLISHED ONCE. Publication must be done promptly pursuant to RULE C.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 978-922-9933 | 10/6/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk [signature] Nancy McLaurin | Date 12/7/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Legal notice published Boston Herald Friday, December 10, 2004



| 400 Legal Notice | 400 Legal Notice |

**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

C.A. No. 04-11544-JLT

ELVANO GALLI Plaintiff,

v.

F/V BARBARA ANN (O.N. 699442)
her engines, boilers, tackle, fishing permits and appurtenances, in rem

and Louis Pasquale, in personam,
Defendant.

**PUBLIC NOTICE OF ACTION AND ARREST**

On July 12, 2004 a Verified Complaint was filed by Elvano Galley in the United States District Court for the District of Massachusetts, Civil Action No. 04-11544-JLT against the vessel F/V BARBARA ANN (O.N. 699442) in rem, seeking the condemnation and sale of said vessel for the purpose of applying the proceeds of said sale toward charges to the vessel. In accordance with said Complaint, a warrant of arrest of said vessel was issued, and it was executed on November 15, 2004, when said vessel was seized and attached at Gloucester, Massachusetts, by the United States Marshal. Any person having an interest in said vessel, in order to protect or assert said interest or claim during the preceding, must file a verified claim within ten (10) days after publication of this notice and serve its answer within twenty (20) days after the filing of the claim.

Dec 10

| 405 Legal Notice | 405 Legal Notice |

Make Checks Payable To:

# BOSTON Herald

Remit To: P.O. Box 55843
Boston, MA 02205-5843

| Agency | Advertiser Name | Account # |
|---|---|---|
|  | US MARSHALL SERVICE | 6177482511L0 |

| Billing Period | Pay This Amount |
|---|---|
| 12/01/04 To 12/31/04 | $ 300.14 |

| Current | 30 Days | 60 Days | Over 90 Days |
|---|---|---|---|
| 300.14 | 0.00 | 0.00 | 0.00 |

Bill Type: Legal

**AMOUNT ENCLOSED: $ _____**

| Billed Account Name and Address | Page | Billing Date |
|---|---|---|
|  | 1 | 12/31/04 |

US MARSHALL SERVICE
1 COURTHOUSE WAY SUITE 1-500
ATT NANCY TALAVERA
BOSTON, MA 02210

Please charge my credit card:

Name on Card _____

Account Number: _____

Card expiration date: _____  Amount: _____

Signature: _____

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| Start | Stop | Order No. | Pr | Class | Ad Description | Rep | Times | Space L/I | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Previous Balance |  |  |  |  | 0.00 |
| 12/10 | 12/10 | 832689 | BH | 400 | UNITEDSTATESDISTRICTCO<br>Purchase Order #: 04-11544 | R218 | 1 | 86 L | 3.49 | 300.14 |

*Received U.S. MARSHAL SERVICE BOSTON, MA — 2005 JAN 10 A 10: 53*

Bill Type: Legal

Total Amount Due: 300.14

# BOSTON Herald

P.O. Box 55843
Boston, MA 02205-5843
Tel: (617) 426-3000

For Customer Service Please Call: 1 (800) 274-4555
To Place an Ad (in MA) Call: 1 (800) 882-1692

**TERMS: Payable 30 Days From Billing Date**
We accept payment by the above charge cards made within our 30 day terms. Any payment by charge card for account balances greater than 30 days will be assessed an additional 3% service fee. Billing disputes must be presented within 30 days of invoice date. Disputes not presented within that time will not be considered and invoice will be considered payable in full.

**AGING OF PAST DUE AMOUNTS:**

| Current | 30 days | 60 Days | Over 90 Days | Total Amount Due |
|---|---|---|---|---|
| 300.14 | 0.00 | 0.00 | 0.00 | 300.14 |

| Billing Period | Agency | Advertiser's Name | Account Number | Pay This Amount |
|---|---|---|---|---|
| 12/01/04 To 12/31/04 |  | US MARSHALL SERVICE | 6177482511L0 | $ 300.14 |