Jan 2 2005

Honorable Joseph L. Tauro

I would like to have time to use and pay to work on my #04V... Feb... from ... Mich... Dec 22,05 I will pay... before at my wife's on April 14, 2005. I don't want to loose my two F/V... in my only Income... Commercial Fisherman and... F/V... Documented

Thank you
[signature]

H# 5...
V# ... 6...