I-283-0572                                                           TELEPHONE 978-283-2775



# GLOUCESTER MARINE RAILWAYS CORPORATION

February 17, 2005

Mr. David Smith
Chianciulli & Ouellette
163 Cabot Street
Beverly, Mass. 01915

Dear Mr. Smith,

This serves to document the fees thus far as Substitute Custodian for the Fishing Vessel BARARA ANN.

| Date | Description | Amount |
|---|---|---|
| 7/12/04 + 11/15/04 | Paperwork & Preparation 1 hour | $ 50 |
| | Seizure, tow, clean, & secure 6.5 hours | 325 |
| | Marston Marine Towing | 400 |
| | Dumpster | 50 |
| | Hasps & Locks | 18 |
| 11/16/04 | 3 hours labor | 150 |
| 11/19/04 | 2 hours labor | 100 |
| 11/22/04 | 5.5 hours labor | 275 |
| | 3 Gallons Engine Antifreeze | 27 |
| | 6 Gallons Potable Water Antifreeze | 35 |
| | 1 tube silicone | 5 |
| | 95 days custodian @ $50 | 4750 |
| | **Total through 2/17/05** | **$6185** |

If you have any questions or concerns, please reach me at 978-283-2775.

Yours truly,

Viking Gustafson