UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELVANO GALLI, | * | |
| | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-11544-JLT |
| | * | |
| | * | |
| F/V BARBARA ANN (O.N. 699442) | * | |
| her engines, boilers, tackle, fishing | * | |
| permits and appurtenances, *in rem* | * | |
| and LOUIS PASQUALE, *in personam*, | * | |
| | * | |
| | * | |
| Defendants. | * | |

ORDER

March 24, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiff's Request for 55(a) Default [#12] is ALLOWED as to the *in rem* action, and DENIED as to the *in personam* action;

2. Defendant's Motion for Extension of Time to Answer [#15] is ALLOWED as to the *in personam* action, and Defendant may respond to the complaint by April 20, 2005. The Motion is DENIED as to the *in rem* action; and

3. Plaintiff's Motion to Arrest and for an Order for Issuance of Process of Attachment for All Monies and Casino Chips Held by the Danvers Police Department and Essex County District Attorney as Evidence in a Criminal

<u>Proceeding and All Monies Held as Bail by the Essex County Sheriff's Department for Louis Pasquale</u> [#14] is ALLOWED pending resolution on the merits.

IT IS SO ORDERED.

                                                                                                /s/ Joseph L. Tauro
                                                                                                United States District Judge