United States District Court                        Louis Pasquale 101674
1 Courthouse Way                                    20 Manning Road
Boston, Massachusetts  02210                        Middleton, Massachusetts

To: Honorable Joseph L. Tauro,                      04-11544-JLT

  Your Honor, I am writing today to not only thank you for granting me additional time to address this civil action presently before the court. When I wrote my last letter requesting a continuance, I was expecting to be released from custody by now. Due to circumstances beyond my control, and a clerical error on my sentencing mittimus, my release date will not be until May 30, 2005.
  This letter is also to ask the court for several more weeks time, which will afford me the opportunity to prevent the sale of the F/V Barbara Ann, by being present to show reason why such action is not proper, based on the facts presented to the court by the plaintiff.
  This vessel is my only means of support and I pray that the court can postpone any further action in this matter until I can be present. If this is impossible, may I please be habed/summoned into court from this facility?
  I sincerely appreciate your time and consideration in this matter

April 18, 2005                                      Sincerely,

                                                    Lou Pasquale