UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELVANO GALLI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11544-JLT |
| | * | |
| F/V BARBARA ANN (O.N. 699442) | * | |
| her engines, boilers, tackle, fishing | * | |
| permits and appurtenances, *in rem* | * | |
| and LOUIS PASQUALE, *in personam*, | * | |
| | * | |
| Defendants. | | |

ORDER

April 21, 2005

TAURO, J.

This court hereby orders that:

1. To the extent that the letter from Louis Pasquale dated April 18, 2005 [#21] is considered as a Motion to Stay the Interlocutory Sale of the F/V Barbara Ann, the Motion is DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge