**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| [illegible handwriting] | [illegible handwriting] |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| [illegible] | Writ |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
[illegible handwriting]

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
[illegible handwriting] MA [illegible]

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
[illegible handwriting]

| Number of process to be served with this Form - 285 | 20 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
[illegible handwriting]

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: [illegible]
DATE: 3/28/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/29/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): Same

Date of Service: [blank]   Time: [blank] am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 90.00 | 15.33 | — | 105.33 | | |

REMARKS:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI<br>   Plaintiff, | )<br>)<br>) |
| v. | )  C.A. No. 04CV11544 JLT<br>) |
| F/V BARBARA ANN (O.N. 699442)<br> her engines, boilers, tackle,<br> fishing permits and appurtenances,<br> *in rem*<br><br>and Louis Pasquale, *in personam*,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**WRIT OF ATTACHMENT**

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

  WHEREAS a complaint has been filed on July 12, 2004 in the United States District Court for the District of Massachusetts by Plaintiff Elvano Galli of 2442 Brigham Street, Brooklyn, New York whose attorney is David S. Smith of Cianciulli & Ouellette 163 Cabot Street, Beverly, Massachusetts 01915 upon an admiralty and maritime claim and that the Defendant is Louis Pasquale of Grove Street, Gloucester, Massachusetts who is currently being held by the Essex County Correctional Facility in Middleton, Massachusetts;

  NOW, THEREFORE, we do hereby command and strictly charge you, the said U.S. Marshal, to attach the Defendant, Louis Pasquale's moneys, to wit: all monies belonging to the Defendant in the amount of $15,531.00 in cash and $1,505.00 in casino gambling chips in the possession of Jonathan W. Blodgett, Essex County District Attorney Museum Place, 2 East Idia Sq., Salem, Massachusetts 01970 and the Danvers Police Department as agent of Jonathan W. Blodgett, 120 Ash Street, Danvers, Massachusetts in said District until such time as the merits of the matter captioned *Com. of Mass. by the District Atty for the Eastern Dist. v. Fifteen Thousand Five Hundred Thirty One Dollars, et. al.*, Essex County Civil Action No.: 04-1646F, that you promptly, after execution of this process, file the same in this Court with your return thereon.

This attachment was approved on March 24, 2005 by Judge Tauro in the amount of $17,031.00

Witness, Joseph L. Tauro, Judge on the 29th day of March, 2005.

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk

I hereby certify on _____ that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in my office

I HEREBY ATTEST AND CERTIFY ON 3/29/05
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON
FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI<br>    Plaintiff, | )<br>)<br>) |
| v. | )    C.A. No. 04CV11544 JLT |
| F/V BARBARA ANN (O.N. 699442)<br>   her engines, boilers, tackle,<br>   fishing permits and appurtenances,<br>   *in rem*<br><br>and Louis Pasquale, *in personam*,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WRIT OF ATTACHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

    WHEREAS a complaint has been filed on July 12, 2004 in the United States District Court for the District of Massachusetts by Plaintiff Elvano Galli of 2442 Brigham Street, Brooklyn, New York whose attorney is David S. Smith of Cianciulli & Ouellette 163 Cabot Street, Beverly, Massachusetts 01915 upon an admiralty and maritime claim and that the Defendant is Louis Pasquale of Grove Street, Gloucester, Massachusetts who is currently being held by the Essex County Correctional Facility in Middleton, Massachusetts;

    NOW, THEREFORE, we do hereby command and strictly charge you, the said U.S. Marshal, to attach the Defendant, Louis Pasquale's moneys, to wit: all monies belonging to the Defendant in the amount of $15,531.00 in cash and $1,505.00 in casino gambling chips in the possession of Jonathan W. Blodgett, Essex County District Attorney Museum Place, 2 East Idia Sq., Salem, Massachusetts 01970 and the Danvers Police Department as agent of Jonathan W. Blodgett, 120 Ash Street, Danvers, Massachusetts in said District until such time as the merits of the matter captioned *Com. of Mass. by the District Atty for the Eastern Dist. v. Fifteen Thousand Five Hundred Thirty One Dollars, et. al.*, Essex County Civil Action No.: 04-1646F, that you promptly, after execution of this process, file the same in this Court with your return thereon.

This attachment was approved on March 24, 2005 by Judge Tauro in the amount of $17,031.00.

Witness Joseph L. Tauro, Judge on the 29th day of March, 2005.

I hereby certify on _____ the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☐ original filed in Clerk's Office

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____, CLERK
Deputy Clerk

By: _[signature]_
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELVANO GALLI,<br><br>Plaintiff,<br><br>v.<br><br>F/V BARBARA ANN (O.N. 699442)<br>her engines, boilers, tackle, fishing<br>permits and appurtenances, *in rem*<br>and LOUIS PASQUALE, *in personam*,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No. 04-11544-JLT |

ORDER

March 24, 2005

TAURO, J.

This court hereby orders that:

1.  Plaintiff's Request for 55(a) Default [#12] is ALLOWED as to the *in rem* action, and DENIED as to the *in personam* action;

2.  Defendant's Motion for Extension of Time to Answer [#15] is ALLOWED as to the *in personam* action, and Defendant may respond to the complaint by April 20, 2005. The Motion is DENIED as to the *in rem* action; and

3.  Plaintiff's Motion to Arrest and for an Order for Issuance of Process of Attachment for All Monies and Casino Chips Held by the Danvers Police Department and Essex County District Attorney as Evidence in a Criminal

<u>Proceeding and All Monies Held as Bail by the Essex County Sheriff's Department for Louis Pasquale</u> [#14] is ALLOWED pending resolution on the merits.

IT IS SO ORDERED.

_____
United States District Judge



2