U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| | |
| DEFENDANT | TYPE OF PROCESS |
| | Writ |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 MAR 29 P 3:2[?]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/29/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
THOMAS GOFF   SPECIAL SHERIFF

Address (complete only if different than shown above)
— SAME —

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | am/pm |
|---|---|---|
| 3/3[?] | 4:00 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee 90.00 | Total Mileage Charges (including endeavors) 27.74 | Forwarding Fee — | Total Charges 117.74 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI<br>           Plaintiff,<br><br>v.<br><br>F/V BARBARA ANN (O.N. 699442)<br>    her engines, boilers, tackle,<br>    fishing permits and appurtenances,<br>    *in rem*<br><br>and Louis Pasquale, *in personam*,<br>           Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 04CV11544 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WRIT OF ATTACHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

    WHEREAS a complaint has been filed on July 12, 2004 in the United States District Court for the District of Massachusetts by Plaintiff Elvano Galli upon an admiralty and maritime claim praying that a writ of attachment be issued;

    NOW, THEREFORE, we do hereby empower, and strictly charge you, the said U.S. Marshal, to attach the Defendant, Louis Pasquale's moneys, to wit: all monies belonging to the Defendant in the amount of $25,000.00 in the possession of the Frank G. Cousins, Jr., Essex County Sheriff at Essex County Correctional Facility & Sheriff's Headquarters, 20 Manning Ave., P.O. Box 807, Middleton, Massachusetts 01949 in said District as long as said Department has determined that said bail no longer needs to be held and that you promptly, after execution of this process, file the same in this Court with your return thereon.

    This attachment was approved on March 24, 2005 by Judge Tauro in the amount of $25,000.00.

    Witness: Joseph L. Tauro, Judge, this 29th day of March, 2005.

I hereby certify on _____ that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on_____
☐ original filed in my office on_____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts      , CLERK
By:_____
Deputy Clerk
Deputy Clerk

HEREBY ATTEST AND CERTIFY ON 3/29/05
THAT THE FOREGOING DOCUMENT IS A FULL TRUE
AND CORRECT COPY OF THE ORIGINAL ON FILE
IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY:_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI<br>          Plaintiff,<br><br>v.<br><br>F/V BARBARA ANN (O.N. 699442)<br>   her engines, boilers, tackle,<br>   fishing permits and appurtenances,<br>   *in rem*<br><br>and Louis Pasquale, *in personam*,<br>                     Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 04CV11544 JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## WRIT OF ATTACHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

To the Marshal of the District of Massachusetts or its deputies:

GREETINGS:

    WHEREAS a complaint has been filed on July 12, 2004 in the United States District Court for the District of Massachusetts by Plaintiff Elvano Galli upon an admiralty and maritime claim praying that a writ of attachment be issued;

    NOW, THEREFORE, we do hereby empower, and strictly charge you, the said U.S. Marshal, to attach the Defendant, Louis Pasquale's moneys, to wit: all monies belonging to the Defendant in the amount of $25,000.00 in the possession of the Frank G. Cousins, Jr., Essex County Sheriff at Essex County Correctional Facility & Sheriff's Headquarters, 20 Manning Ave., P.O. Box 807, Middleton, Massachusetts 01949 in said District as long as said Department has determined that said bail no longer needs to be held and that you promptly, after execution of this process, file the same in this Court with your return thereon.

    This attachment was approved on March 24, 2005 by Judge Tauro in the amount of $25,000.00.

    Witness: Joseph L. Tauro, Judge on the 29th day of March, 2005.

I hereby certify on _____ that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on_____
☐ original filed in my office on_____

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts     , CLERK

By:_____
Deputy Clerk

By: _(signature)_
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVANO GALLI,                              *
                                           *
                                           *
        Plaintiff,                         *
                                           *
                                           *
                                           *
v.                                         *        Civil Action No. 04-11544-JLT
                                           *
                                           *
F/V BARBARA ANN (O.N. 699442)              *
her engines, boilers, tackle, fishing      *
permits and appurtenances, *in rem*        *
and LOUIS PASQUALE, *in personam*,         *
                                           *
                                           *
        Defendants.                        *

ORDER

March 29, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiff's Request for 55(a) Default [#12] is ALLOWED as to the *in rem* action, and DENIED as to the *in personam* action;

2. Defendant's Motion for Extension of Time to Answer [#15] is ALLOWED as to the *in personam* action, and Defendant may respond to the complaint by April 20, 2005. The Motion is DENIED as to the *in rem* action; and

3. Plaintiff's Motion to Arrest and for an Order for Issuance of Process of Attachment for All Monies and Casino Chips Held by the Danvers Police Department and Essex County District Attorney as Evidence in a Criminal

<u>Proceeding and All Monies Held as Bail by the Essex County Sheriff's Department for Louis Pasquale</u> [#14] is ALLOWED pending resolution on the merits.

IT IS SO ORDERED.

United States District Judge



HEREBY ATTEST AND CERTIFY ON 3/29/05
THAT THE FOREGOING DOCUMENT IS A FULL, TRUE
AND CORRECT COPY OF THE ORIGINAL ON
IN MY OFFICE AND IN MY LEGAL CUSTODY.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: