# EXHIBIT A

*PUB. AUCTION*

## LOCAL

THE GLOUCESTER DAILY TIMES  Wednesday, April 20, 2005   B3



JESSICA STYGLES/Staff photo

**Residents in Precinct 2 cast their votes at St. Mary's Episcopal Church yesterday afternoon.**

"I think it's going to be a close vote," Garrity said. "They'll take it to vote again if they lose."

At The Coffee Shop on Main Street yesterday afternoon, a Boston cyclist who stopped for a piece of Norwegian coffee cake had to ask the clerk behind the counter what the big vote was all about.

The clerk was involved in a discussion with an older woman from Rockport, who was concerned about the outcome of the alcohol vote and about a rumor she heard about The Blacksmith Shop restaurant being turned into condos.

Meanwhile, the man who led the effort this time around to change Rockport from dry to wet sat behind the counter of his antique store next door. Peter Beacham, one of the founders of the pro-sale group A Better Choice for Rockport, said he was "cautiously optimistic" around 3 p.m. yesterday.

The Keep Rockport Dry leader, Jim Craig, couldn't make a prediction.

"I tell you it's right down to the wire," Craig said. "It's 50-50, what we're seeing."

Keep Rockport Dry supporter Terry Collins said he had his fingers crossed while holding a sign at Five Corners yesterday.

"If my life depended on it, I couldn't tell you what the vote will be," Collins said. "I've got a wife, two sons and a daughter-in-law.

"I have three grandchildren. I'm 61 years old, and I've lived in Rockport 61 years. I'm really fighting for the children."

---

## Legal Notice

**PUBLIC AUCTION BY U.S. MARSHAL**
**12:00 P.M. on FRIDAY, APRIL 22, 2005**
**at GLOUCESTER MARINE RAILWAY, INC.**
**81 ROCKY NECK AVENUE, GLOUCESTER, MASSACHUSETTS 01930**
**ONE 35-ft. FIBERGLASS COMMERCIAL FISHING VESSEL**
**KNOWN AS THE F/V BARBARA ANN**
**O.N. 699442**

Vessel Built in 1986 by Legnos Boat Industries, Inc., in Groton, CT
LOA 35'; Beam: 12.5'
Sale of F/V BARBARA ANN to be "as is - where is"
Vessel may be inspected by appointment.
Contact Gloucester Marine Railway, Inc.
81 Rocky Neck Avenue, Gloucester, Massachusetts
978-283-2775

**TERMS:** The sale shall be to the **highest bidder** by **oral auction**. The successful bidder must immediately deposit with the **U.S. Marshal twenty five (25%) percent** of the amount bid for the F/V BARBARA ANN (O.N. 699442), upon the condition that the balance of the bid is paid on or before the date the sale is confirmed, and upon the condition that the deposit shall be **forfeited by the bidder** and **applied to the costs** of this action if the balance of the bid is **not paid when due.** All deposits and unpaid balances must be paid in **cash** or by **bank check or certified check** issued by a member bank of the **Federal Reserve System.** The confirmation hearing will be held on **May 3, 2005** at **10:00 a.m.** to confirm the sale of the vessel in the **United States District Court** for the **District of Massachusetts** in the matter of Galli v. F/V BARBARA ANN (O.N. 699442), *et. al.*, Civil Action No.: 04-11544-JLT.

David S. Smith, Esq.
Counsel for Plaintiff

---

# Tired of Reading Glasses?



Reduce your need for reading glasses with CK, the **ONLY** FDA approved procedure.

*(In-office procedure)*

**The only certified CK Eye MD on the North Shore**

## CUTLER EYE CENTER
CK • LASIK • BOTOX • ROUTINE EYE CARE
**Martin E. Cutler, MD**
**Mill Pond Building, Gloucester  978-281-8809**
www.cutlerMD.com • www.myclearvision.com

# EXHIBIT B

# CIANCIULLI & OUELLETTE

ATTORNEYS AT LAW AND PROCTORS IN ADMIRALTY
A Professional Association

163 CABOT STREET
BEVERLY, MASSACHUSETTS 01915

Stephen M. Ouellette*
Lori A. Cianciulli
---------
David S. Smith*

*Also Admitted in Maine

Telephone:    (978) 922-9933
Facsimile:    (978) 922-6142

Sender's E-mail: maritimeattorney@aol.com
http://www.candolawyers.com

April 6, 2005

Mr. Louis Pasquale
c/o Essex County Correctional Facility
P.O. Box 807
Middleton, MA 01949

*Via Certified Mail Return Receipt Requested*
*7002 0460 0000 3174 3087*

Re:    *Galli v. F/V BARBARA ANN*

Dear Mr. Pasquale,

Pursuant to the Court's Order I am giving you notice that the F/V BARBARA ANN will be sold at auction on April 22, 2005 at 12:00 p.m. I am enclosing herewith a copy of the Notice that will be published in the Boston Herald that contains all the details concerning the auction. I am also enclosing two orders from the Court. One Order for Interlocutory Sale of the vessel and the other Order entering default against the vessel and granting you additional time to answer the Complaint by April 20, 2005. The Court has also allowed the arrest of the monies being held by the Essex County District Attorney and the Essex County Sheriff's Department. If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,



**PUBLIC AUCTION by U.S. MARSHAL**
12:00 p.m. on Friday, April 22, 2005
at Gloucester Marine Railway, Inc.
81 Rocky Neck Avenue, Gloucester, Massachusetts 01930
one 35' foot fiberglass commercial fishing vessel known as the

**F/V BARBARA ANN**
O.N. 699442

Vessel Built in 1986 by Legnos Boat Industries, Inc. in Groton, CT
LOA 35'; Beam: 12.5'
Sale of F/V BARBARA ANN to be "as is – where is"
Vessel may be inspected by appointment.
Contact Gloucester Marine Railway, Inc.
81 Rocky Neck Avenue, Gloucester, Massachusetts
(978) 283-2775

TERMS: The sale shall be to the highest bidder by oral auction. The successful bidder must immediately deposit with the U.S. Marshal twenty five (25%) percent of the amount bid for the F/V BARBARA ANN (O.N. 699442), upon the condition that the balance of the bid is paid on or before the date the sale is confirmed, and upon the condition that the deposit shall be forfeited by the bidder and applied to the costs of this action if the balance of the bid is not paid when due. All deposits and unpaid balances must be paid in cash or by bank check or certified check issued by a member bank of the Federal Reserve System. The confirmation hearing will be held on May 3, 2005 at 10:00 a.m. to confirm the sale of the vessel in the United States District Court for the District of Massachusetts in the matter of *Galli v. F/V BARBARA ANN (O.N. 699442), et. al.,* Civil Action No.: 04-11544-JLT.

David S. Smith, Esq.                          Cianciulli & Ouellette
Counsel for Plaintiff                          163 Cabot Street
Elvano Galli                                   Beverly, MA 01915
                                               (978) 922-9933

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ELVANO GALLI,                         *
                                      *
                                      *
         Plaintiff,                   *
                                      *
                                      *
     v.                               *        Civil Action No. 04-11544-JLT
                                      *
                                      *
F/V BARBARA ANN (O.N. 699442)         *
her engines, boilers, tackle, fishing *
permits and appurtenances, *in rem*   *
and LOUIS PASQUALE, *in personam*,    *
                                      *
                                      *
         Defendants.                  *

ORDER

March 24, 2005

TAURO, J.

This court hereby orders that:

1.    Plaintiff's Request for 55(a) Default [#12] is ALLOWED as to the *in rem* action,
      and DENIED as to the *in personam* action;

2.    Defendant's Motion for Extension of Time to Answer [#15] is ALLOWED as to
      the *in personam* action, and Defendant may respond to the complaint by April 20,
      2005. The Motion is DENIED as to the *in rem* action; and

3.    Plaintiff's Motion to Arrest and for an Order for Issuance of Process of
      Attachment for All Monies and Casino Chips Held by the Danvers Police
      Department and Essex County District Attorney as Evidence in a Criminal

Proceeding and All Monies Held as Bail by the Essex County Sheriff's Department

for Louis Pasquale [#14] is ALLOWED pending resolution on the merits.

IT IS SO ORDERED.

                                    /s/ Joseph L. Tauro
                                    United States District Judge

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELVANO GALLI, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 04-11544-JLT |
| | * | |
| F/V BARBARA ANN (O.N. 699442) | * | |
| her engines, boilers, tackle, fishing | * | |
| permits and appurtenances, *in rem* | * | |
| and LOUIS PASQUALE, *in personam*, | * | |
| | * | |
| Defendants. | * | |

ORDER FOR INTERLOCUTORY SALE

March 24, 2005

TAURO, J.

Plaintiff's Motion for Interlocutory Sale of Vessel and Request for Confirmation Hearing

[#17] is ALLOWED, and good reason being shown, this court hereby orders that:

1.    The Defendant vessel F/V BARBARA ANN (O.N. 699442) be sold by the United

States Marshal at Gloucester no later than April 25, 2005;

2.    The Marshal shall advertise the time, date, place, and terms of the sale in a notice

to be published in the Boston Herald twice within fourteen (14) days preceding the

sale.  Any party may publish a similar notice in other newspapers or other media

within or outside the district, but such publication shall be at his expense and shall

advertise the sale in accordance with the terms of this order;

3.    Plaintiff shall give notice of the time, date, and place of the sale to the vessel owner

and all mortgagees and lien holders of record with the United States Coast Guard's

National Vessel Documentation Center at least fourteen (14) days before the sale

of the vessel;

4.    The Marshal shall bring the proceeds of such sale into Court, and deposit the same with the Clerk thereof pending the further hearing of this action upon the claim of the plaintiff, and pending the final judgment herein;

5.    The Marshal is hereby authorized to accept bids from Plaintiff on account of its claim as set forth in the Verified Complaint, without payment in cash at the time of sale up to the amount of $85,000.00;

6.    The Marshal is hereby authorized to accept a deposit of twenty five percent of the amount bid for the Defendant F/V BARBARA ANN (O.N. 699442), upon condition that the balance of the bid is paid on the date the sale is confirmed, and upon condition that the deposit shall be forfeited by the bidder and applied to the costs of this action if the balance of the bid is not paid when due;

7.    The clerk shall issue a Writ of Venditioni Exponas for this sale to occur; and

8.    A hearing will be held on May 2, 2005 at 10:00 a.m. to confirm the sale of the vessel. The time and date of the confirmation hearing shall be set forth in the notice of sale to the owner of the vessel, the mortgagees, the lien holders of record, and shall be announced to the public-at-large at the sale.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

2