# COMMONWEALTH OF MASSACHUSETTS

U.S. District Court of MA, County, SS          U.S. District _____ COURT

COMMONWEALTH OF MASSACHUSETTS  )
ELVANO, GIALLI                  )    DOCKET NO. 04-11544 JLT
          VS.                   )    DOCKET NO. _____
F/V Barbarann / Louis Pasquale  )    DOCKET NO. _____
          (Defendant)           )

## DEFENDANT'S MOTION for WRIT OF HABEAS CORPUS

Now comes the Defendant __Louis Pasquale__, in the above Captioned matter and respectfully moves that this Honorable Court to cause to be issued a *Writ of Habeas Corpus*, Directed to the Sheriff of Essex County, Essex County Correctional Facility at 20 Manning Road, Middleton, MA 01949-2807, or the custodian therefore to produce the said defendant before said court for the purpose of:

I have not had a chance to Be heard in court on this matter and am about to lose my Boat which I make my Living with. I am a commerical Fisher man and Live on this Boat. Also, If you can not habe me in can you please put of the confirmation hearing til I am relegse which will Be appx May, 9 2005

on the earliest date possible.

Respectfully submitted,

_Lou Pasquale_
Defendant
Essex County Correctional Facility
P.O. Box 807
Middleton, MA 01949

### Certificate of Service

Under the pains of perjury, the undersigned, do hereby attest that on this date I have forwarded via first class mail to the parties named below a copy of the following documents related to the case captioned above:
1. Clerk-Magistrate of Court: _____
2. District Attorney: _____
3. Other Party: _____

Signed on this the _____ (day) of _____ (month), 200___.

_____
(Defendant's Signature)

E.C.C.F.
LIBRARY

United States District Court.
1 Courthouse Way
Boston Mass 02210

Louis Pasquale
S101674
P.O. Box 807
Middleton MA 01949
# 04-11544-JLT.

Honorable Joseph L. Tauro.

I Faxed a Letter on 4/20/05 1:45 PM And spoke to Mrs. Lovett I Don't Know what your Decision was. But I heard the Auction took place. I am still in Middleton Jail and have not Be able to hire an attorny But will have one when I get out. I should Be out Any Day Now as I was granted parole and I would wrap up this sentence on May 9, 2004. I am not good at writing letters as I only have completed 7th grade. Your Honor I make my Living on Fishing Vessel Barbara Ann And Also Live aboard this Vessel. I am a commerical Fisherman. Mr Galli Never Invested Any money In F/V Barbara Ann he Invested in F/V Spray since The Barbara Ann was seized it Sank 2 Times at The glocest Railways which was responsible for it when Mr Galli Invested in the F/V Spray he Knew that Them money was going to be a Long term Loan and that That it was going to take several years to Pay Back And he agreed to it No one sayed that he gave me money to fix Barbar Ann which is not True I have tryed to work out and agreement what his Attorny David Smith on 2 occasions. Please Let me have my Day in Court
Thank you
Louis Pasquale

P.S. If I get my Jail credits of 17 Days from Judge cometta in Salem Dist court I can Be out April 28 2005.
I would Like to Be able to work out and Arragment with Mr Smith Mr Galli Lawyer. As I have allways said