## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04CV11544JLT |
| ) | |
| F/V BARBARA ANN (O.N. 699442) ) | |
|   her engines, boilers, tackle, ) | |
|   fishing permits and appurtenances, ) | |
|   *in rem* ) | |
| ) | |
| and Louis Pasquale, *in personam,* ) | |
|       Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR WRIT OF HABEAS CORPUS**

Now comes the Plaintiff, by his attorneys, to respond to the Defendant's Motion for Writ of Habeas Corpus. The Defendant, Louis Pasquale was released from Jail on or about May 3, 2005. As such, there is no need for his motion to be acted upon. Mr. Pasquale's current mailing address is P.O. Box 724, Gloucester, MA 01930.

Respectfully submitted,
**Elvano Galli**
**B**y its attorney

/s/ David S. Smith
_____
David S. Smith, Esquire
BBO No.: 634865
Cianciulli and Ouellette
163 Cabot Street
Beverly, MA 01915
Tel: (978) 922-9933

### CERTIFICATE OF SERVICE

I, David S. Smith, attorney for the proposed intervening defendant, hereby certifies that I caused to have served a copy of the foregoing document by regular mail postage prepaid to upon Louis Pasquale P.O. Box 724, Gloucster, Massachusetts 01930 this 6th day of May, 2005.

/s/ David S. Smith
_____
David S. Smith