UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI<br>    Plaintiff,<br><br>v.<br><br>F/V BARBARA ANN (O.N. 699442)<br> her engines, boilers, tackle,<br> fishing permits and appurtenances,<br> *in rem*<br><br>and Louis Pasquale, *in personam,*<br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 04CV11544JLT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER CONFIRMING SALE OF VESSEL

On or about February 17, 2005, Plaintiff, Elvano Galli filed a motion for interlocutory sale of the F/V BARBARA ANN (O.N. 699442). On March 24, 2005, the Court ordered the vessel sold. Pursuant to the Order of Sale, on April 22, 2005, the United States Marshal held an auction in Gloucester, Massachusetts, at which four (4) bidders appeared. At said auction, Plaintiff, through his counsel, bid the sum of Twenty Three Thousand Dollars ($23,000.00), such bid being the highest and best bid received.

This Court, after a thorough review of the pleadings and other supporting documents, finds as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1333, and 46 U.S.C. §31325, et. seq.

2. The BARBARA ANN (O.N. 699442) was sold at public auction pursuant to an Order of this Court dated March 24, 2005. Elavno Galli bid the sum of $23,000.00, such bid being the highest and best bid received.

3. Elavno Galli filed a Motion to Confirm Sale of the BARBARA ANN (O.N. 699442) on April 26, 2005.

4. The Court finds that Mr. Galli's bid of $23,000.00 is fair, reasonable, and adequate.

In light of the above, this Court ORDERS AND DECRESS that the sale of the F/V BARBARA ANN (O.N. 699442), her engines, machinery, equipment, masts, including but not limited to her federal and state fishing permits and history, and appurtenances, etc. to Elvano Galli's is CONFIRMED, and the United States Marshal is directed to execute and deliver a Bill of Sale to said Elavno Galli, free and clear of all liens and encumbrances, in form satisfactory for recording with the National Vessel Documentation Center, *AS LONG AS MR GALLI PAYS THE MARSHAL ANY OUTSTANDING MONEY OWED TO THE MARSHAL AND ANY SUBSEQUENT CUSTODIAN*

DATED at Boston, Massachusetts, this 17th day of May, 2005.

_____
Judge Tauro, United States District Court