**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Eliana Galli | 04-CV-11504JLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Luis Pasquale + f/v Barbara Ann | Notice of Sale |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David S. Smith
[illegible]
3 Cabot St.
Beverly, MA 01915

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the notice of public auction pursuant to order on the f/v Barbara Ann and hold auction accordingly. Notice is attached along w/ order and writ.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 978-922-9432
DATE: 3/29/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/29/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: "Notice of Sale" published in the Boston Herald on 4/5/05
Total Fee - $809.68

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

Make Checks Payable To:


A Herald Media Company
Remit To: P.O. Box 55843
Boston, MA 02205-5843

| Agency | Advertiser Name | Account # |
|---|---|---|
|  | US MARSHALL SERVICE | 6177482511L0 |

| Billing Period | Pay This Amount |
|---|---|
| 04/01/05 To 04/30/05 | $ 809.68 |

| Current | 30 Days | 60 Days | Over 90 Days |
|---|---|---|---|
| 809.68 | 0.00 | 0.00 | 0.00 |

Bill Type: Legal    **AMOUNT ENCLOSED: $** 809.68

| Billed Account Name and Address | Page | Billing Date |
|---|---|---|
| US MARSHALL SERVICE<br>1 COURTHOUSE WAY SUITE 1-500<br>ATT NANCY TALAVERA<br>BOSTON, MA 02210 | 1 | 04/30/05 |

Please charge my credit card:

Name on Card

Account Number:

Card expiration date: _____  Amount: _____

Signature:

---

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| Start | Stop | Order No. | Pr | Class | Ad Description | Rep | Times | Space L/I | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Previous Balance |  |  |  |  | 0.00 |
| 04/13 | 04/15 | 886758 | BH | 400 | PUBLICAUCTIONBYUSMA | R218 | 2 | 116 L | 3.49 | 809.68 |

PROJECT CODE _____ SPEC. ASSIGN # _____
WO # 1657   ACCT. # 6876
DATE 1/8/05   VO. AMT 809.68
O/C 6900   AMT 809.68
O/C _____ AMT _____
CK # 19858   5/18/05
_____ 5/18/05
William J. Ryan 5/18/05
USMS _____

Bill Type: Legal    Total Amount Due: 809.68


A Herald Media Company
P.O. Box 55843
Boston, MA 02205-5843
Tel (617) 426-3000

   

For Customer Service Please Call: 1 (800) 274-4555
To Place an Ad (in MA) Call: 1 (800) 882-1692

**TERMS: Payable 30 Days From Billing Date**
We accept payment by the above charge cards made within our 30 day terms. Any payment by charge card for account balances greater than 30 days will be assessed an additional 3% service fee. Billing disputes must be presented within 30 days of invoice date. Disputes not presented within that time will not be considered and invoice will be considered payable in full.

**AGING OF PAST DUE AMOUNTS:**

| Current | 30 Days | 60 Days | Over 90 Days | Total Amount Due |
|---|---|---|---|---|
| 809.68 | 0.00 | 0.00 | 0.00 | 809.68 |

| Billing Period | Agency | Advertiser's Name | Account Number | Pay This Amount |
|---|---|---|---|---|
| 04/01/05 To 04/30/05 |  | US MARSHALL SERVICE | 6177482511L0 | $ 809.68 |

**PUBLIC AUCTION by U.S. MARSHAL**
12:00 p.m. on Friday, April 22, 2005
at Gloucester Marine Railway, Inc.
81 Rocky Neck Avenue, Gloucester, Massachusetts 01930
one 35' foot fiberglass commercial fishing vessel known as the

**F/V BARBARA ANN**
O.N. 699442

Vessel Built in 1986 by Legnos Boat Industries, Inc. in Groton, CT
LOA 35'; Beam: 12.5'
Sale of F/V BARBARA ANN to be "as is – where is"
Vessel may be inspected by appointment.
Contact Gloucester Marine Railway, Inc.
81 Rocky Neck Avenue, Gloucester, Massachusetts
(978) 283-2775

TERMS: The sale shall be to the highest bidder by oral auction. The successful bidder must immediately deposit with the U.S. Marshal twenty five (25%) percent of the amount bid for the F/V BARBARA ANN (O.N. 699442), upon the condition that the balance of the bid is paid on or before the date the sale is confirmed, and upon the condition that the deposit shall be forfeited by the bidder and applied to the costs of this action if the balance of the bid is not paid when due. All deposits and unpaid balances must be paid in cash or by bank check or certified check issued by a member bank of the Federal Reserve System. The confirmation hearing will be held on May 2, 2005 at 10:00 a.m. to confirm the sale of the vessel in the United States District Court for the District of Massachusetts in the matter of *Galli v. F/V BARBARA ANN (O.N. 699442), et. al.*, Civil Action No.: 04-11544-JLT.

| | |
|---|---|
| David S. Smith, Esq. | Cianciulli & Ouellette |
| Counsel for Plaintiff | 163 Cabot Street |
| Elvano Galli | Beverly, MA 01915 |
| | (978) 922-9933 |