| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Elvano Galli | COURT CASE NUMBER<br>04CV11544JLT |
|---|---|
| DEFENDANT<br>Louis Pasquale + F/V Barbara Ann | TYPE OF PROCESS<br>In Rem |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
F/V Barbara Ann

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Gloucester Marine Railway, Inc.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Daniel S. Smith
Churchill & Ouellette
163 Cabot St
Beverly, MA 01915

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED SERVICE 2005 JUN 2? U.S. MARSHAL BOSTON

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please record a Bill of Sale for the F/V Barbara Ann to Elvano Galli and order Gloucester Marine Railways to release the vessel.

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>978-922-9923 | DATE<br>6/23/05 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 35 | District to Serve<br>No. 35 | Signature of Authorized USMS Deputy or Clerk<br>Nancy Delaware | Date<br>6/23/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
| 20.00 | | | 20.00 | | | |

REMARKS: Bill of Sale for F/V Barbara Ann 6/28/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELVANO GALLI<br>    Plaintiff, | )<br>)<br>) |
| v. | ) C.A. No. 04CV11544JLT |
| | ) |
| F/V BARBARA ANN (O.N. 699442)<br>    her engines, boilers, tackle,<br>    fishing permits and appurtenances,<br>    *in rem* | )<br>)<br>)<br>) |
| | ) |
| and Louis Pasquale, *in personam*,<br>    Defendant. | )<br>) |

**ORDER CONFIRMING SALE OF VESSEL**

On or about February 17, 2005, Plaintiff, Elvano Galli filed a motion for interlocutory sale of the F/V BARBARA ANN (O.N. 699442). On March 24, 2005, the Court ordered the vessel sold. Pursuant to the Order of Sale, on April 22, 2005, the United States Marshal held an auction in Gloucester, Massachusetts, at which four (4) bidders appeared. At said auction, Plaintiff, through his counsel, bid the sum of Twenty Three Thousand Dollars ($23,000.00), such bid being the highest and best bid received.

This Court, after a thorough review of the pleadings and other supporting documents, finds as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1333, and 46 U.S.C. §31325, et. seq.

2. The BARBARA ANN (O.N. 699442) was sold at public auction pursuant to an Order of this Court dated March 24, 2005. Elavno Galli bid the sum of $23,000.00, such bid being the highest and best bid received.

3. Elavno Galli filed a Motion to Confirm Sale of the BARBARA ANN (O.N. 699442) on April 26, 2005.

4.  The Court finds that Mr. Galli's bid of $23,000.00 is fair, reasonable, and adequate.

In light of the above, this Court ORDERS AND DECRESS that the sale of the F/V BARBARA ANN (O.N. 699442), her engines, machinery, equipment, masts, including but not limited to her federal and state fishing permits and history, and appurtenances, etc. to Elvano Galli's is CONFIRMED, and the United States Marshal is directed to execute and deliver a Bill of Sale to said Elavno Galli, free and clear of all liens and encumbrances, in form satisfactory for recording with the National Vessel Documentation Center, *AS LONG AS MR GALLI PAYS THE MARSHAL ANY OUTSTANDING MONEY OWED TO THE MARSHAL AND ANY SUBSEQUENT CUSTODIAN*

DATED at Boston, Massachusetts, this 17 day of May, 2005.

_____
Judge Tauro, United States District Court